Electronically Filed
Intermediate Court of Appeals
30513
15-MAR-2011
10:17 AM

NO. 30513

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Interest of V Children

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 08-11804)

ORDER GRANTING MOTION TO DISMISS THE APPEAL
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of Guardian Ad Litem-Appellee's motion to dismiss the appeal filed by Father-Appellant and Mother-Appellant, the papers in support, and the records and files herein, it appears that: (1) On May 20, 2010, Father-Appellant and Mother-Appellant (Appellants) filed a notice of appeal; (2) on June 29, 2010, the record on appeal was filed, and the appellate clerk informed Appellants that the jurisdictional statement was due on July 9, 2010 and the opening brief was due on July 29, 2010; (3) Appellants did not file either document; (4) on September 15, 2010, the appellate clerk informed Barry Sooalo, Esq., counsel for Appellants, that the jurisdictional statement and opening brief were in default and that the matter would be called to the attention of the court and the appeal may be dismissed; (5) Appellee filed this motion to dismiss on January 3, 2011; (6) on March 3, 2011, Appellants filed a reply to the motion to dismiss stating that Appellants agree to

dismissal of the appeal and asking the court to dismiss the appeal. Therefore,

IT IS HEREBY ORDERED that the motion to dismiss is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, March 15, 2011.


Chief Judge


Associate Judge


Associate Judge